```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEEN JENKINS,

                Plaintiff,

       - against -

TARGET STORES, INC.,

                Defendant.

ORDER

09 Civ. 094 (DLC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the Court on **December 9, 2009, at 10:00 a.m.**

    On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this order, if you need further information direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 24th day of November 2009**
New York, New York

                                                        */s/ Ronald L. Ellis*
                                                     **The Honorable Ronald L. Ellis**
                                                     **United States Magistrate Judge**